**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

JOANNE KURIA,

        Plaintiff,

        v.

ROZLIN FINANCIAL GROUP, INC., and
WILLIAM MARSHALL d/b/a "SHOW OFF
FITNESS",

        Defendants.

Case No. 3:21-cv-50122

Honorable Judge Iain D. Johnston

**<u>MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT WILLIAM
MARSHALL d/b/a "SHOW OFF FITNESS"</u>**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, attorneys Nicole Strickler and Stephanie Strickler (the "Petitioners"), for Defendant Rozlin Financial Group, Inc. and Defendant William Marshall, d/b/a "Show Off Fitness" ("Defendant Marshall"), respectfully move this Court to enter an Order granting Petitioners leave to withdraw as Counsel for Defendant William Marshall, and in support of this motion states as follows:

1.      The Petitioners filed a Notice of Removal for both Defendant Rozlin Financial Group, Inc. and Defendant William Marshall d/b/a "Show Off Fitness" on March 17, 2021.

2.      Due to an internal firm miscommunication, the Petitioners entered their appearance on behalf of both Defendants as well.

3.      The Petitioners intended to file their appearance on behalf of Defendant Rozlin Financial Group, Inc. only, not Defendant William Marshall. Thus, the appearance entered on behalf of Defendant Marshall was in error.

4.      The Petitioners were given consent from Defendant Marshall to file the Notice of Removal, but not an appearance indicating representation.

5.      An "attorney seeking to withdraw must establish that his client consents **or** that a valid and compelling reason exists for the court to grant the motion over an objection." *Stafford v. Mesnik,* 63 F 3d. 1445, 1448 (7th Cir. 1995).

6.      The appearance entered in error on behalf of a party who did not retain the Petitioners as counsel is a valid and compelling reason.

7.      Petitioners respectfully request that they be granted leave to withdraw as Counsel for Defendant Marshall.

8.      This Motion for Leave to Withdraw as Counsel has been directed to Plaintiff's counsel of record.

9.      This motion is made in good faith, is not made for the purpose of delaying this matter unnecessarily, and will not prejudice any party in this litigation.

WHEREFORE, The Petitioners, Nicole Strickler and Stephanie Strickler, respectfully request that this Honorable Court grant this Motion for Leave to Withdraw as Counsel.


Dated: March 18, 2021

                                        */s/ Nicole M. Strickler*
                                        Nicole Strickler (IL 8298459)
                                        Messer Strickler, Ltd.
                                        225 W. Washington St., Suite 575
                                        Chicago, IL 60606
                                        Tel.: (312) 334-3442
                                        Fax: (312) 334-3473
                                        nstrickler@messerstrickler.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 18, 2021 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Nicole M. Strickler*
Nicole M. Strickler